C. ALEXOPOULOS FRERES, INC., Respondent, v. NEMOURS TRADING CORPORATION, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.